# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED
FEB 10 2014
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>ANGELINA CHAVEZ (2)<br>BRYAN LEONARDO NUPIA (3),<br><br>        Defendant. | CASE NO. 13CR3938-GPC<br><br>**JUDGMENT OF DISMISSAL** |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**   an indictment has been filed in another case 14CR0280-GPC against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___   the Court has dismissed the case for unnecessary delay; or

___   the Court has granted the motion of the Government for dismissal, without prejudice; or

___   the Court has granted the motion of the defendant for a judgment of acquittal; or

___   a jury has been waived, and the Court has found the defendant not guilty; or

___   the jury has returned its verdict, finding the defendant not guilty;

**X**   of the offense(s) as charged in the Information:

21 USC 952,960, 18 USC 2

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 2/7/2014

Gonzalo P. Curiel
U.S. District Judge